UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSANDRA THOMPSON,<br><br>       Plaintiff,<br><br>-against-<br><br>DENIS R. McDONOUGH, Secretary, Department of Veterans Affairs, et al.,<br><br>       Defendants. | 1:22-CV-3788 (LTS)<br><br>TRANSFER ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By order dated May 31, 2022, the Court directed Plaintiff, who appears *pro se*, to show cause by declaration, within 30 days of the date of that order, why the Court should not transfer this action to the United States District Court for the Eastern District of New York under 28 U.S.C. § 1404(a). The Court warned Plaintiff that if she failed to file a declaration within the time allowed, the Court would transfer this action to the Eastern District of New York under Section 1404(a).

  Plaintiff has not filed a declaration within the time allowed. Accordingly, for the reasons discussed in the Court's May 31, 2022 order, the Court transfers this action to the Eastern District of New York under Section 1404(a).

## CONCLUSION

  The Court directs the Clerk of Court to transfer this action to the United States District Court for the Eastern District of New York. 28 U.S.C. § 1404(a). Whether Plaintiff's application for the court to request *pro bono* counsel (ECF 1, at 14-15) should be granted is a determination to be made by the transferee court. A summons shall not issue from this court. This order closes this action in this court.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 4, 2022
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge